```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15229
   LEE ERIK DANAO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8318

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/13/08 .

   2.  The case was converted to Chapter 7 without confirmation, 07/15/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------

     Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00          .00            .00
PRINCIPAL PAID          .00        .00         .00          .00            .00
INTEREST PAID           .00        .00         .00          .00            .00
TOTAL PAID              .00        .00         .00          .00            .00
The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD   , was allowed $      .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 10/09/08                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 15229 LEE ERIK DANAO
```